UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PETITION OF WILLIAM LOWRY,<br><br>             Petitioner. | Case No. 25-cv-02442-NW<br><br>**ORDER DISMISSING PETITION WITHOUT PREJUDICE** |

Petitioner William Lowry, an inmate at Theo Lacy Facility in Orange County, filed a pro se petition for writ of habeas corpus on March 11, 2025. ECF No. 1. The same day, the Court notified Lowry that the action was deficient because he had not paid the filing fee or filed an application for leave to proceed *in forma pauperis* (IFP); the Court instructed him to cure the deficiencies within 28 days. ECF No. 2. After the matter was reassigned, Lowry was re-sent the notice directing him to pay the filing fee or file an application to proceed IFP by May 8, 2025. *See* ECF No. 6. The deadline has long passed, and Lowry did not pay the filing fee or file an application to proceed IFP.

Accordingly, the matter is **DISMISSED** without prejudice to Lowry filing a motion to reopen the action. Any motion to reopen must be accompanied by either the filing fee or a complete IFP application. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 11, 2025

Noël Wise
United States District Judge